August 1, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN D. GUIMOND AND MARY GRACE GUIMOND, INDIVIDUALLY AND AS NEXT FRIENDS OF NICOLAS R. GUIMOND, A MINOR, Appellants

NO. 14-16-00567-CV                          V.

INTEGRATED GENETICS LAB CORP SPECIALTY TESTING GROUP, LABORATORY CORPORATION OF AMERICA, MEMORIAL HERMANN HEALTHCARE SYSTEM, AND MEMORIAL HERMANN HEALTH SYSTEM D/B/A MEMORIAL HERMANN NORTHWEST HOSPITAL, Appellees

_____

This cause, an appeal from the orders signed June 17, 2016 in favor of appellees Memorial Hermann Health System d/b/a Memorial Hermann Northwest Hospital and Laboratory Corporation of America Holdings, was heard on the transcript of the record. We have inspected the record and find no error in the orders, which together constitute a final judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants John D. Guimond and Mary Grace Guimond jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.